## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 25-cv-24029-JB

EMILIO PINERO,

     Plaintiff,

v.

HIALEAH GARDENS INDUSTRIAL, LLC,
and EURO AUTO SUPPLIES INC.,

     Defendants.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"), ECF No. [5], in which Plaintiff dismisses this action without prejudice.  Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 9th day of September, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**